(132 So. 915)

**Alford HARBIN v. STATE.**

8 Div. 270.

Court of Appeals of Alabama.

Feb. 17, 1931.

BRICKEN, P. J.

Affirmed.

(132 So. 915)

**Floyd HARBIN v. STATE.**

8 Div. 213.

Court of Appeals of Alabama.

Jan. 27, 1931.

RICE, J.

Affirmed.

(133 So. 924)

**Floyd HARBIN v. STATE.**

8 Div. 241.

Court of Appeals of Alabama.

March 17, 1931.

SAMFORD, J.

Affirmed.

(137 So. 920)

**Amos HARRIS v. Wm. H. HOLCOMBE, Sheriff, etc.**

I Div. 33.

Court of Appeals of Alabama.

Nov. 17, 1931.

BRICKEN, P. J.

Affirmed.

(131 So. 919)

**G. W. HARRIS v. Lonnie BROWN.**

2 Div. 430.

Court of Appeals of Alabama.

April 10, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(129 So. 924)

**Edgar HARRIS v. STATE.**

8 Div. 975.

Court of Appeals of Alabama.

June 30, 1930.

Almon & Almon, of Decatur, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

As insisted by appellant, we have read the record in this case and carefully considered the same.

The court in a full and comprehensive oral charge presented to the jury every phase of the law applicable to this case. Wherever the written charges stated a correct proposition of law, the same was fully covered by the oral charge.

We find no error in the record, and the judgment is affirmed.

Affirmed.

(134 So. 921)

**Elmore HARRIS v. STATE.**

6 Div. 965.

Court of Appeals of Alabama.

May 5, 1931.

SAMFORD, J.

Affirmed.